NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

D.T.W.,                   )
                              )
      Appellant,      )
                              )
v.                       )     Case No.  2D17-9
                              )
STATE OF FLORIDA,   )
                              )
      Appellee.       )
_____)

Opinion filed April 18, 2018.

Appeal from the Circuit Court for
Hillsborough County; Manuel A. Lopez,
Judge.

Howard L. Dimmig, II, Public Defender,
and Anthony C. Musto, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.